UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CLINTON L. MOORMAN, JR.,**

          **Plaintiff,**

-vs-                                                Case No. 6:07-cv-848-Orl-31DAB

**ALL FIFTY STATES,**

          **Defendant.**

_____

## ORDER

This cause comes before the Court on Motion for Leave to Proceed in Forma Pauperis (Doc. No. 2) filed May 21, 2007.

On June 8, 2007, the United States Magistrate Judge issued a report (Doc. No. 4) recommending that the motion be denied and the case be dismissed and that, in addition, the Plaintiff be enjoined from filing any future lawsuits in this District without first tendering the proposed filing to the Court for review. Moorman has not filed an objection or an amended complaint. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    That the Court will enter the injunction by way of a separate order.

    3.    That the Motion for Leave to Proceed in Forma Pauperis is **DENIED**.

4.  That this case is **DISMISSED**.  The Court retains jurisdiction to enforce the injunction.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 29, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party