# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CLINTON L. MOORMAN, JR.,**

        **Plaintiff,**

-vs-                                                    **Case No. 6:07-cv-848-Orl-31DAB**

**ALL FIFTY STATES,**

        **Defendant.**

_____

## ORDER

This matter comes before the Court on the approval of the Report and Recommendation (Doc. 4) in which it was recommended that the Plaintiff, Clinton L. Moorman, Jr. ("Moorman") be enjoined from filing any future lawsuits in this District without first tendering the proposed filing to the Court for review. Moorman did not file a response to the Report and Recommendation.

After reviewing the bizarre and incomprehensible filings in Moorman's lawsuits, the Court agrees with Magistrate Judge Baker that they are vexatious rather than malicious, particularly in that it does not appear that Moorman has even served the suits upon any of the defendants to those suits. As a means of discouraging further filings, the Court initially contemplated a financial penalty, such as requiring Moorman to pay (and potentially forfeit) the filing fee before seeking leave to proceed in forma pauperis. However, as noted in the Report and Recommendation, the incoherence and paranoia exhibited in the pleadings suggests mental health problems that make such a penalty unjust, as well as ineffective. The Court concludes that injunctive relief is the only

means of preventing Moorman from further wasting the time of this Court. *See, e.g.*, *Riccard v. Prudential*, 307 F.3d 1277 (11th Cir. 2002). In consideration of the foregoing, it is hereby

**ORDERED** that, until such time as this Court may order otherwise, Moorman is hereby **ENJOINED** from filing any lawsuits in the United States District Court for the Middle District of Florida (henceforth, the "Middle District") without first obtaining leave of this Court. (Any actions already filed by Moorman are exempted from this order.) Any new lawsuit which Moorman seeks to file in the Middle District must be initiated by filing a "Motion for Leave to File" in the Orlando Division of the Middle District, to which Moorman must attach (1) a copy of this Order; (2) a copy of the Report and Recommendation in this case; and (3) a copy of the proposed complaint. **THE CLERK** is **DIRECTED** to transfer any such filings by Moorman to the undersigned, and to refuse to accept any new filings that do not comply with the terms of this order. If the Court, after review of the proposed complaint, determines that it is not frivolous, Moorman will be granted leave to file it and initiate a new law suit. Any attempt to file a new suit in the Middle District without obtaining such leave will be considered a violation of this injunction and will subject Moorman to the possibility of sanctions, up to and including criminal contempt citations and imprisonment.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 29, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party